**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 7 |
| FYRE FESTIVAL LLC, | : | |
| | : | Case No. 17-11883 (MG) |
| Debtor. | : | |

------------------------------------------------------------------x

| | | |
|---|---|---|
| GREGORY M. MESSER, as Chapter 7 Trustee of the Estate of Fyre Festival LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 19-01347 (MG) |
| -against- | : | |
| | : | |
| KENDALL JENNER INC. and KENDALL JENNER, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------x

**STIPULATION AND ORDER EXTENDING THE TIME OF KENDALL JENNER INC.
AND KENDALL JENNER TO RESPOND TO THE TRUSTEE'S COMPLAINT**

 **WHEREAS**, the above-captioned adversary proceeding (the "Adversary Proceeding")
was commenced by Gregory M. Messer (the "Trustee"), as Chapter 7 Trustee of the estate of
Fyre Festival, LLC (the "Debtor") by filing a complaint with this Court dated August 28, 2019
(the "Complaint") [Adv. Pro. Docket No. 1]; and

 **WHEREAS**, this Court issued a summons with respect to the Complaint on August 30,
2019 (the "Summons"), which was duly served along with the Complaint by the Trustee; and

 **WHEREAS**, pursuant to the Summons, an answer or other response to the Complaint
was due to be filed no later than September 30, 2019 (the "Response Deadline");

**NOW, THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:**

1.      Defendants Kendall Jenner Inc. and Kendall Jenner (collectively, "Jenner") acknowledge and accept service of the Summons and Complaint, while preserving all other defenses.

2.      Jenner's Response Deadline is extended through and including October 30, 2019, without prejudice to any further extensions of time as may be agreed upon between the Parties or sought by Jenner upon motion on notice to this Court.

3.      This stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

4.      Any signature delivered by a party via electronic transmission shall be deemed an original signature hereto.

[*signature page to follow*]

Dated:  Santa Monica, California          Dated:  New York, New York
        September 26, 2019                         September 26, 2019

**KINSELLA WEITZMAN ISER**              **KLESTADT WINTERS JURELLER**
**KAM & ALDISERT LLP**                  **SOUTHARD & STEVENS, LLP**


By:  _/s/ Michael J. Kump_____   By:  _/s/ Christopher Reilly_____
     Michael J. Kump                          Fred Stevens
     808 Wilshire Boulevard, 3rd Fl.          Christopher Reilly
     Santa Monica, California 90401           200 West 41st Street, 17th Floor
     Tel: (310) 566-9855                      New York, New York 10036
     Email: mkump@kwikalaw.com                Tel: (212) 972-3000
                                              Fax: (212) 972-2245
                                              Email: fstevens@klestadt.com
     *Counsel to Defendants Kendall*                 creilly@klestadt.com
        *Jenner Inc. and Kendall Jenner*
                                              *Counsel to Plaintiff, Gregory M.*
                                                 *Messer, Chapter 7 Trustee*



**IT IS SO ORDERED.**

Dated:  October 2, 2019
        New York, New York


                         ____**/s/ Martin Glenn**_____
                              MARTIN GLENN
                    United States Bankruptcy Judge