**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 7 |
| FYRE FESTIVAL LLC, | : | |
| | : | Case No. 17-11883 (MG) |
| Debtor. | : | |

------------------------------------------------------------------x

| | | |
|---|---|---|
| GREGORY M. MESSER, as Chapter 7 Trustee of the | : | |
| Estate of Fyre Festival LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 19-01347 (MG) |
| -against- | : | |
| | : | |
| KENDALL JENNER INC. and KENDALL | : | |
| JENNER, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------x

### NOTICE OF JOINT STIPULATION TO
### ENTER INTO MEDIATION

**PLEASE TAKE NOTICE**, pursuant to the Order Establishing Procedures Governing
Adversary Proceedings Pursuant to 11 U.S.C. §§502, 547, 548 and 550 (the "Procedures Order")
[Main Case Docket No. 13] and paragraph A.2 of the Avoidance Actions Procedures[1], it is
stipulated and agreed that Plaintiff Gregory M. Messer, as Chapter 7 Trustee (the "Trustee") of
the Estate of Fyre Festival LLC (the "Debtor"), and Defendants Kendall Jenner Inc. and Kendall
Jenner (the "Defendants" and together with the Trustee, the "Parties"), shall enter into mediation.

*[signature page to follow]*

---

[1] Capitalized terms used but not defined herein, shall have the meanings assigned to them in the Procedures Order
and the Avoidance Action Procedures attached thereto as Exhibit 1.

Dated:  Santa Monica, California
        December 30, 2019

        **KINSELLA WEITZMAN ISER
        KAM & ALDISERT LLP**

By:  _/s/ Michael J. Kump_
     Michael J. Kump
     Nicholas C. Soltman
     808 Wilshire Boulevard, 3rd Fl.
     Santa Monica, California 90401
     Tel: (310) 566-9855
     Email: mkump@kwikalaw.com
            nsoltman@kwikalaw.com

     *Counsel to Defendants Kendall
     Jenner Inc. and Kendall Jenner*

Dated:  New York, New York
        December 30, 2019

        **KLESTADT WINTERS JURELLER
        SOUTHARD & STEVENS, LLP**

By:  _/s/ Christopher Reilly_
     Fred Stevens
     Christopher Reilly
     200 West 41st Street, 17th Floor
     New York, New York 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: fstevens@klestadt.com
            creilly@klestadt.com

     *Counsel to Plaintiff, Gregory M.
     Messer, Chapter 7 Trustee*