**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Fred Stevens
Lauren Kiss
Christopher Reilly

*Counsel to Plaintiff Gregory Messer, Chapter 7 Trustee*
  *of the Estate of Fyre Festival LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 7 |
| FYRE FESTIVAL LLC, | Case No. 17-11883 (MG) |
| Debtor. | |
| GREGORY M. MESSER, as Chapter 7 Trustee of the Estate of Fyre Festival LLC, | |
| Plaintiff, | |
| -against- | Adv. Pro. No. 19-01347 (MG) |
| KENDALL JENNER INC. and KENDALL JENNER, | |
| Defendants. | |

**NOTICE OF MEDIATOR SELECTION**

**PLEASE TAKE NOTICE** that pursuant to the *Order Establishing Procedures Governing Adversary Proceedings Pursuant to 11 U.S.C. §§ 502, 547, 548 and 550* dated October 16, 2019, Main Case Docket No. 113 (the "Procedures Order"), Plaintiff, Gregory M. Messer, as Chapter 7 Trustee of the Estate of Fyre Festival LLC and Defendants Kendall Jenner Inc. and Kendall Jenner, have jointly selected David Banker to serve as mediator in the above-captioned dispute.

Dated:   New York, New York
         January 13, 2020

                                  **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

                                  By:  */s/ Christopher Reilly*
                                         Fred Stevens
                                         Lauren Kiss
                                         Christopher Reilly
                                         200 West 41st Street, 17th Floor
                                         New York, New York 10036
                                         Tel: (212) 972-3000
                                         Fax: (212) 972-2245
                                         Email: fstevens@klestadt.com
                                                                 lkiss@klestadt.com
                                                                 creilly@klestadt.com

                                         *Counsel to Plaintiff Gregory M. Messer, as Chapter 7 Trustee of Fyre Festival LLC*